379 A.2d 588

Commonwealth v. Gunter, Appellant.

 Argued April 11, 1977. Paulette J. Balogh, Assistant Public

Defender, with her Ralph J. Cappy, Public Defender, for appellant; Robert Zunich, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.